UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAFARGE NORTH AMERICA, INC., :
: Civ. Action No. 07-CV-7400
Plaintiff, : (DC)
:
- against - : **RULE 7.1 STATEMENT**
:
GRECO BROS. READY MIX CONCRETE :
CO., INC., and JOSEPH C. GRECO, JR., :
:
Defendants. :
------------------------------------------------------------X

ECF CASE

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Lafarge North America, Inc., (a private non-government party) certifies that The Lafarge Group is the corporate parent of Lafarge North America, Inc. and is a publicly traded corporation based in Paris, France.

Dated:   New York, NY
         August 20, 2007

TOFEL & PARTNERS, LLP

By: _____
     Lawrence E. Tofel (8631)
800 Third Avenue, 12th Floor
New York, NY 10022
(212) 752-0007

*Attorneys for Plaintiff*

{00025377.}