# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE #: 07-CIV-7400 - DC

ECF CASE

LAFARGE NORTH AMERICA, INC.

Plaintiff(s)/Petitioner(s)

against

GRECO BROS. READY MIX CONCRETE CO., INC., ET. ANO.

Defendant(s)/Respondent(s)

State of NY
County of Albany SS

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 8/22/07 at 1:35 PM
at the office of the Secretary of State of the State of New York in the City of Albany, NY,
deponent served the within

**SUMMONS IN A CIVIL ACTION WITH COMPLAINT**

upon: **GRECO BROS. READY MIX CONCRETE CO., INC.**

defendant/respondent in this action by delivering and leaving with Donna Christie authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on: 8/22/2007

Notary Public

Michael Pickett

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209

96428

Claudia M. Murphy
Notary Public, State of NY
No 01MU5016071
Qualified in Albany County
Commission expires 8/2/05

Kerry Gunner
Notary Public, State of NY
No 01GU5036710
Qualified in Albany County
Commission expires 2/6/2013

Jessica DeVoe
Notary Public, State of NY
No 01DE6042657
Qualified in Albany County
Commission Expires 5/30/10