UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LAFARGE NORTH AMERICA, INC., :
                                            Plaintiff, :

- against - :

GRECO BROS. READY MIX CONCRETE :
CO., INC., and JOSEPH C. GRECO, JR., :
                                    Defendants. :
---------------------------------------------------------------X

Civ. Action No. 07-CV-7400(DC)

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Lafarge North America, Inc., by its undersigned counsel, hereby gives notice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action is hereby dismissed, without prejudice.

Dated:    New York, NY
             September 7, 2007

TOFEL & PARTNERS, LLP

By: _____
Lawrence E. Tofel (8631)
800 Third Avenue, 12th Floor
New York, NY 10022
(212) 752-0007

*Attorneys for Plaintiff*

{00025539.}