UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAFARGE NORTH AMERICA, INC.,

                Plaintiff,

- against -

GRECO BROS. READY MIX CONCRETE
CO., INC., and JOSEPH C. GRECO, JR.,

                Defendants.
------------------------------------------------------------X

Civ. Action No. 07-CV-7400(DC)

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**

      Plaintiff, Lafarge North America, Inc., by its undersigned counsel, hereby gives notice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action is hereby dismissed, without prejudice.

Dated:    New York, NY
            September 14, 2007

                                      TOFEL & PARTNERS, LLP

                                      By:_____
                                        Lawrence E. Tofel (8631)
                                        800 Third Avenue, 12th Floor
                                        New York, NY 10022
                                        (212) 752-0007

                                        *Attorneys for Plaintiff*

So-Ordered:

_____
Hon. Denny Chin, USDJ

9/17/07

{00025539.}